GENERAL MOTORS CORPORATION V ERVES (CLAIM OF LAWSON AND CLAIM OF BLOOMER). (Docket Nos. 55138–55141.) Rehearing granted. On the Court's own motion it is ordered that these appeals be and the

same are hereby resubmitted for decision, without further argument or briefing by the parties. *J. R. Wheatley,* for plaintiff-appellant. *John A. Fillion, Jordan Rossen, Edwin G. Fabré, Ralph O. Jones, Leonard Page, Anne Trebilcock, Marley Weiss,* and *M. Jay Whitman,* for defendants-appellees Bloomer, Kartsonas, and Erves. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Felix E. League,* Assistant Attorney General, for defendant-appellee Michigan Employment Security Commission. Reported at 395 Mich 604.